IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| WILLIAM NATHAN, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 3:02-2681-CMC-BM |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHLAND COUNTY SCHOOL DISTRICT 2, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed this action against his former employer alleging race discrimination. Defendant filed a motion for summary judgment. In accordance with this court's order of reference and 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Bristow Marchant for a Report and Recommendation ("Report"). Magistrate Judge Marchant recommended that Defendant's motion be granted in full. Dkt No. 45. The matter is presently before the court on Plaintiff's objections to the Report

This court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

The court has carefully reviewed Plaintiff's objections, the Report, and all related documents. The court finds that the concerns raised by Plaintiff's objections are adequately and correctly addressed by Magistrate Judge Marchant in his Report. The court further agrees with the

recommendation of the Magistrate Judge. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

    IT IS HEREBY ORDERED that judgment be entered in Defendant's favor on all claims.

**IT IS SO ORDERED**.

S/ Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 22, 2005

C:\temp\notesB0AA3C\02cv2681-adopt for reasons std in R&R- sj granted.wpd